# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**KELSEY DUANE BRAGG**                                                              **PLAINTIFF**

v.                                   **Case No. 3:21-CV-00074-LPR**

**DAVID WEST**, *et al*.                                                       **DEFENDANTS**

## ORDER

Plaintiff Kelsey Duane Bragg filed this action *pro se* pursuant to 42 U.S.C. § 1983. (Doc. 1). Mr. Bragg also filed an Application to Proceed *In Forma Pauperis* ("Application"). (Doc. 3).

An inmate seeking *in forma pauperis* status must submit a Calculation of Initial Payment of Filing Fee sheet, prepared and signed by an authorized official of the detention facility, and "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official" of the facility where the inmate is confined. 28 U.S.C. § 1915(a)(2). Mr. Bragg did not submit the required certified calculation sheet and certificate. (Doc. 3). Accordingly, on April 22, 2021, the Court denied Mr. Bragg's Application as incomplete. (Doc. 6). The Court also directed Mr. Bragg either to pay the $402 filing and administrative fees **_or_** to file a complete motion to proceed IFP within 30 days. (*Id*.). Mr. Bragg was cautioned that if he did not do one or the other, his case would be dismissed without prejudice.[1] (*Id*.).

---

[1] Local Rule of the Court 5.5(c)(2), provides:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

A copy of the April 22, 2021 Order was mailed to Mr. Bragg at his address of record. The envelope, however, was returned as undeliverable, as were two other pieces of mail. (Docs. 7, 8, 9). On two of the returned envelopes is a hand-written note "return not here." (Docs. 7, 8). Mr. Bragg apparently changed addresses but failed to provide the Court with his new contact information.

More than 30 days have passed, and Mr. Bragg has not paid the filing fee, filed a complete application to proceed IFP, or otherwise responded to the Court's April 22, 2021 Order. Accordingly, Mr. Bragg's claims are dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

IT IS SO ORDERED this 25th day of June, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE